UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY EMANUEL, JR., | Case No. 3:20-cv-0566-RCJ-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| C/O COLLINS, *et al.*, | |
| Defendants. | |

Due to the continuation of the inmate early mediation (IEM) conference to September 14, 2021 (see ECF No. 7), the Court extends the stay of this matter until Friday, September 17, 2021.  The Office of the Attorney General shall file a second status report that is also due on that date.  During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons,

THE COURT **ORDERS** that the stay is extended until Friday, September 17, 2021. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

DATED THIS __29th__ of July 2021

_____
United States Magistrate Judge