**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TROY EMANUEL, JR., | Case No. 3:20-CV-0566-RCJ-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO STRIKE** |
| COLLINS, *et al.*, | |
| Defendants. | [ECF NO. 25] |

Before the Court is Defendants' motion to strike Abraham Collins ("Collins") answer*.* (ECF No. 25.) On November 29, 2021, Collins filed an answer *in pro se.* (ECF No. 21.) Thereafter, the Office of the Attorney General filed a joinder to Defendants' answer on behalf of Collins. (ECF No. 26.) Therefore,

Defendants' motion to strike Collins' answer filed *in pro* se is **GRANTED**. (ECF No. 21.) Collins' application to proceed *in forma pauperis* is **DENIED as moot.** (ECF No. 20.)

DATED: January 3, 2022

_____
UNITED STATES MAGISTRATE JUDGE