# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

TROY EMANUEL, JR.,

    Plaintiff,

v.

COLLINS, *et al.*,

    Defendants.

Case No. 3:20-CV-00566-RCJ-CLB

**ORDER APPOINTING COUNSEL**

    Plaintiff Troy Emanuel, Jr. ("Plaintiff"), a *pro se* inmate in the custody of the Nevada Department of Corrections, filed a complaint under 42 U.S.C. § 1983. (ECF No. 1-1.) On December 7, 2022, the Court vacated and withdrew a prior order denying appointment of counsel and referred this case to the *Pro Bono* Program ("Program") adopted in Amended General Order 2019-07 for appointment of *pro bono* counsel. (ECF No. 87.)

    The Court has been informed that *pro bono* counsel has been identified. Laura Barrera, Esq. of the Federal Public Defender's Office is hereby appointed as counsel for Plaintiff. The scope of appointment will be for all purposes through the conclusion of trial, but does not extend to the appeal, if any, of a final decision, which shall be the responsibility of the Plaintiff. Accordingly,

    **IT IS HEREBY ORDERED** that Laura Barrera, Esq. of the Federal Public Defender's Office is hereby appointed as *pro bono* counsel for Plaintiff pursuant to the Program.

    **IT IS FURTHER ORDERED** that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall assign a PROBONO case flag and add Laura Barrera, Esq. to the docket as counsel of record for Plaintiff.

    **IT IS FURTHER ORDERED** that Laura Barrera, Esq. shall not be charged fees for use of the Court's electronic filing system in this matter for the duration of the appointment.

**IT IS FURTHER ORDERED** that within **fourteen (14) days** after completion of legal services, Laura Barrera, Esq. shall submit a Notice of Completion Form to the *Pro Bono* Liaison.

**IT IS FURTHER ORDERED** that in conjunction with this appointment of counsel, the Office of the Attorney General and shall make available to appointed counsel, all of Plaintiff's medical records and I-file, as well as all information related to the incident at issue (i.e., IG report, video footage, etc.), as determined necessary by appointed counsel.

**DATED**: April 12, 2023

_____
**UNITED STATES MAGISTRATE JUDGE**