Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
Laura_Barrera@fd.org
*Amy B. Cleary
Assistant Federal Public Defender
Ohio State Bar No. 0068425
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577


*Attorney for Petitioner Troy Emanuel, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Troy Emanuel, Jr.,

       Plaintiff,

    v.

Collins, *et al.*,

       Defendants.

Case No. 3:20-cv-00566-RCJ-CLB

**Order Granting Joint Stipulation for Extension of Time to File Plaintiff's Reply in Support of Motion for Temporary Restraining Order**

**(ECF No. 109)**

**(First Request)**

The parties, through their respective counsel, request the current July 3, 2023, deadline for Mr. Emanuel's reply in support of his motion for temporary restraining order (ECF No. 109), filed June 12, 2023, be extended by 14 days, with the deadline reset for July 17, 2023.

Counsel for Mr. Emanuel has requested the evidence underlying several of Defendants' claims in their opposition to the motion for temporary restraining order. (ECF No. 116.) Counsel for Defendants is in the process of obtaining the requested evidence to provide the same to Mr. Emanuel's counsel.

Additional time is thus requested to allow counsel for the Defendants sufficient time to obtain and transmit evidence related to the opposition to the motion for temporary restraining order to counsel for Mr. Emanuel. Counsel for Mr. Emanuel requires this evidence to respond to Defendants' claims in his reply in support of the motion for temporary restraining order. (ECF No. 109.)

Counsel respectfully jointly request a 14-day extension for Mr. Emanuel's reply in support of his motion for temporary restraining order.

Dated June 30, 2023.

Aaron D. Ford
Attorney General

Rene L. Valladares
Federal Public Defender

/s/ Keith G. Munro
Keith G. Munro
Deputy Attorney General

/s/ Laura Barrera
Laura Barrera
Assistant Federal Public Defender

/s/ Amy B. Cleary
Amy B. Cleary
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE,

DATED:  June 30, 2023

2