Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
Laura_Barrera@fd.org
*Amy B. Cleary
Assistant Federal Public Defender
Ohio State Bar No. 0068425
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577

*Attorney for Petitioner Troy Emanuel, Jr.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Troy Emanuel, Jr.,<br><br>    Plaintiff,<br><br>  v.<br><br>Collins, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-00566-RCJ-CLB<br><br>**Order Granting Joint Stipulation for Extension of Time to File Plaintiff's Reply in Support of Motion for Temporary Restraining Order**<br><br>**(ECF No. 109)**<br><br>**(Second Request)** |

The parties, through their respective counsel, request the current July 17, 2023, deadline for Mr. Emanuel's reply in support of his motion for temporary restraining order (ECF No. 109), filed June 12, 2023, be extended by 14 days, with the deadline reset for July 31, 2023. This is the second request for an extension.

Counsel for Mr. Emanuel has requested the evidence underlying several of Defendants' claims in their opposition to the motion for temporary restraining order. (ECF No. 116.) Counsel for Defendants only just obtained Mr. Emanuel's medical records on Friday, July 14, 2023. Counsel for Defendants transmitted the same to counsel for Mr. Emanuel late in the afternoon of Friday, July 14.

Additional time is thus requested to allow counsel for Mr. Emanuel time to review the medical records and other evidence disclosed by counsel for Defendants in order to respond to Defendants' claims in his reply in support of the motion for temporary restraining order. (ECF No. 109.)

Counsel respectfully jointly request a 14-day extension for Mr. Emanuel's reply in support of his motion for temporary restraining order.

Dated July 17, 2023.

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| */s/ Keith G. Munro*<br>Keith G. Munro<br>Deputy Attorney General | */s/ Laura Barrera*<br>Laura Barrera<br>Assistant Federal Public Defender |
| | */s/ Amy B. Cleary*<br>Amy B. Cleary<br>Assistant Federal Public Defender |

**ORDER**

Accordingly, Emanuel shall have until **Monday, July 31, 2023** to file a reply in support of his motion for temporary restraining order. **No further extensions of time will be granted.**

**IT IS SO ORDERED.**

**DATED**: July 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2