**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TROY EMANUEL, JR.,<br><br>                      Plaintiff,<br><br>v.<br><br>JOHNNY COLIN, *et al.*,<br><br>                      Defendants. | Case No. 3:20-CV-00566-RCJ-CLB<br><br>**ORDER RE: SERVICE OF PROCESS** |

      On July 14, 2023, the Court granted Plaintiff Troy Emanuel's ("Emanuel") motion for leave to file an amended complaint and ordered the Attorney General's Office to file a notice advising Emanuel and the Court of whether it could accept service on behalf of defendants. (ECF No. 129.) The Office of the Attorney General did not accept service of process on behalf of **Brandon Stubbs** or **Shane Brown**. (ECF No. 143.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF Nos. 146, 148.)

      Fed. R. Civ. P. 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the court must dismiss the action without prejudice or order that service be made within a specific time. The amended complaint in this case was filed July 14, 2023, (ECF No. 130), thus service must be completed by October 12, 2023. However, given Emanuel's *pro se* status, and the issues with service to this point, the Court will extend the deadline to complete service to Monday, November 20, 2023.

      Accordingly, the Clerk shall **ISSUE** a summons for the above-named Defendants and send the same to the U.S. Marshal with the addresses provided under seal. (ECF Nos. 146, 148.) The Clerk shall also **SEND** sufficient copies of the complaint, (ECF No. 139), the order granting the motion to amend, (ECF No. 129), and this order to the U.S. Marshal for service on the Defendants. The Court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendants.

Emanuel is reminded that if the above-named Defendants are not served by **Monday, November 20, 2023**, they will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: September 21, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**