Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar No. 15604
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org


*Attorney for Plaintiff Troy Emanuel, Jr.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Troy Emanuel, Jr.,

      Plaintiff,

    v.

Collin, *et al.*,

      Defendants.

Case No. 3:20-cv-00566-RCJ-CLB

**Order Granting Joint Stipulation to Extend Service of Process Date**

      The parties stipulate that counsel for Plaintiff Troy Emanuel, Jr., shall have an additional 14 days, or until December 4, 2023, to serve Defendant Brandon Stubbs with a summons, the amended complaint, and the order granting the motion to amend the complaint. The parties enter this stipulation under Fed. R. Civ. P. 4(m). The parties make this stipulation in good faith and for good cause based on the following.

      On September 21, 2023, this Court entered an Order directing newly added Defendants Shane Brown and Brandon Stubbs be served with a summons, the amended complaint (ECF No. 139), and the order granting the motion to amend the

complaint (ECF No. 129). ECF No. 158. The Court ordered that service on these Defendants be completed by November 20, 2023. ECF No. 158.

However, given Mr. "Emanuel's *pro se* status and the issues with service," the Court directed the Clerk to issue a summons for Defendants Brown and Stubbs and also directed the U.S. Marshal to serve the summons and above-listed documents on them. ECF No. 158. As a result, Defendant Brown was served on November 10, 2023. ECF No. 173. However, service could not be made on Defendant Stubbs. ECF No. 166.

Though Defendant Stubbs' home address remains under seal (ECF No. 158), Mr. Emanuel's counsel believe they have located Defendant Stubbs' home address. Mr. Emanuel's counsel is thus preparing the summons, amended complaint, and order granting the motion to amend the complaint for service on Defendant Stubbs through an external process server. Additional time is thus needed to allow the process server to serve Defendant Stubbs.

The deadline for service is currently November 20, 2023. ECF No. 158. An extension of the time for service, however, should be granted when the plaintiff shows good cause. *See* Federal Rule of Civil Procedure Rule 4(m); *Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009) (Rule4(m) establishes a "mandatory" rule that the "district court must extend time for service upon a showing of good cause").

The parties submit good cause exists here to extend the time for service on Defendant Stubbs, including: (1) Mr. Emanuel's *pro se* status; (2) the failed attempt at service on Defendant Stubbs by the U.S. Marshal; (3) Defendant Stubbs' home address remains under seal; and (4) the need for Mr. Emanuel's counsel to hire an outside process service to complete service on Defendant Stubbs. The parties therefore stipulate to extend the service date on Defendant for 14 days, until December 4, 2023. *See* Fed. R. Civ. P. 4(m); *Lemoge*, 587 F.3d. at 1198.

Dated November 20, 2023.

Aaron D. Ford
Attorney General

Rene L. Valladares
Federal Public Defender

*s/ Andrew C. Nelson*
Andrew C. Nelson
Deputy Attorney General

*s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

*s/ Amy B. Cleary*
Amy B. Cleary
Assistant Federal Public Defender

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2023

3