Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar No. 15604
*Amy B. Cleary
Ohio State Bar No. 0068425
Amy_Cleary@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Troy Emanuel, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Troy Emanuel, Jr.,

      Plaintiff,

    v.

Collin, *et al.*,

      Defendants.

Case No. 3:20-cv-00566-RCJ-CLB

**Order Granting Second Joint Stipulation to Extend Service of Process Date**

      The parties stipulate that counsel for Plaintiff Troy Emanuel, Jr., shall have an additional 30 days, or until January 3, 2024, to serve Defendant Brandon Stubbs with a summons, the amended complaint, and the order granting the motion to amend the complaint. This is the second stipulation requesting additional time to make service on Defendant Stubbs.

      The parties enter this stipulation under Fed. R. Civ. P. 4(m) in good faith and for good cause based on the following.

On September 21, 2023, this Court ordered that service of the summons, the amended complaint (ECF No. 139), and the order granting the motion to amend the complaint (ECF No. 129), be served on Defendant Brandon Stubbs by November 20, 2023. ECF No. 158. However, given Mr. "Emanuel's *pro se* status and the issues with service," the Court directed the Clerk to issue a summons for Defendant and Stubbs and also directed the U.S. Marshal to serve the summons and above-listed documents on him. ECF No. 158. Unfortunately, the U.S. Marsal could not perfect service on Defendant Stubbs. ECF No. 166.

Though Defendant Stubbs' home address remains under seal (ECF No. 158), Mr. Emanuel's counsel believed they located Stubb's home address and obtained a two-week extension of time from the Court to perfect service through a process server.  ECF Nos. 174, 175. Though attempts to serve Defendant Stubbs were made during that two-week period, additional time is necessary to perfect service.

The deadline for service is currently December 4, 2023. ECF No. 175. An extension of the time for service, however, should be granted when the plaintiff shows good cause. *See* Federal Rule of Civil Procedure Rule 4(m); *Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009) (Rule4(m) establishes a "mandatory" rule that the "district court must extend time for service upon a showing of good cause").

The parties submit good cause exists here to extend the time for service on Defendant Stubbs, including: (1) Mr. Emanuel's *pro se* status; (2) the failed attempt at service on Defendant Stubbs by the U.S. Marshal; (3) the failed attempts by Mr. Emanuel's process server to serve Mr. Stubbs at the home address located by Mr. Emanuel's counsel; and (4) the need for Mr. Emanuel's process server to make additional attempts at service on Defendant Stubbs. The parties therefore stipulate to extend the service date on Defendant for 30 days, until January 3, 2024. *See* Fed. R. Civ. P. 4(m); *Lemoge*, 587 F.3d. at 1198.

1  Dated December 4, 2023.

2

3  Aaron D. Ford                          Rene L. Valladares
   Attorney General                       Federal Public Defender

4

5  *s/ Andrew C. Nelson*                    *s/ Ryan Norwood*
   Andrew C. Nelson                       Ryan Norwood
6  Deputy Attorney General                Assistant Federal Public Defender

7

8                                          *s/ Amy B. Cleary*
                                          Amy B. Cleary
9                                          Assistant Federal Public Defender

10

11

12

13

14  **IT IS SO ORDERED:**

15

16  UNITED STATES MAGISTRATE JUDGE

17

18  DATED:  December 4, 2023

19

20

21

22

23

24

25

26

27

3