**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY EMANUEL, JR., <br><br>　　　　　　　　　　Plaintiff, <br><br>　v. <br><br>JOHNNY COLIN, *et al.*, <br><br>　　　　　　　　　　Defendants. | 3:20-cv-00566-ART-CSD <br><br> **ORDER** |

On October 30, 2024, Defendants filed their Motion for Summary Judgment (ECF No. 212) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendants' Motion for Summary Judgment (ECF No. 212).

**IT IS SO ORDERED.**

DATED: December 18, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1